# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,**  Plaintiff,  v.  **Spot LLC,**  Defendant. | Case No. 1:19-cv-1670  Patent Case  Jury Trial Demanded |

## PLAINTIFF INVENTERGY'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Inventergy LBS, LLC hereby dismisses this action **with prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment. Each party will bear its own costs and attorneys' fees.

Dated: August 31, 2019   Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Inventergy LBS, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 31, 2019, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff

3

SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE